Gregory L. RAYMER, Sr., Petitioner–Appellant,

v.

Ronald J. ANGELONE, Director, Virginia Department of Corrections; City of Richmond, Circuit Court et al, Respondents–Appellees.

No. 01–6331.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 23, 2001.

Gregory L. Raymer, Sr., pro se.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Gregory L. Raymer, Sr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Raymer v. Angelone,* No. CA–00–2017–AM (E.D.Va. Feb. 12, 2001). We dispense with

oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*